App. Div.]                    Second Department, April, 1925.

In the Matter of the Application of SAMUEL LERNER for Admission to the Bar.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM HECHLER v. STANLEY A. MILLER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

YELLOW CAB MANUFACTURING COMPANY v. CHECKER CAB MANUFACTURING CORPORATION (a Delaware Corporation) and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the appellant's points to be filed on or before May 11, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

RHINELANDER REAL ESTATE COMPANY v. MATTIE CAMMEYER, Individually and as Executrix, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

---

## SECOND DEPARTMENT, APRIL, 1925.

In the Matter of the Application of CARL FREDERICK COOK for Admission to the Bar. (From the State of Washington, and the District of Columbia.) — Application granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of DAVID COPLAND for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of CHARLES S. LOBINGIER for Admission to the Bar. (From the State of Nebraska.) — Application granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JAMES V. P. OGLESBY, Plaintiff, v. MASSACHUSETTS ACCIDENT COMPANY, Defendant.— This court is without power to hear the exceptions by reason of the condition of the record. On reargument the matter is, therefore, dismissed, with leave to either side to make such application at the Trial Term as they may be advised. Kelly, P. J., Jaycox, Manning, Kelby and Young, JJ., concur. Settle order on notice.

IRVING ADER, as Administrator, etc., of BERNARD ADER, Deceased, Appellant, v. MOLLY BLAU, Defendant, Impleaded with HERMAN S. EMIL, Respondent.— Motion to resettle order granted and order signed. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CHARLES J. BABB, Respondent, v. CLYDE E. BLACK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOSEPH BIRNMAN, Respondent, v. B. & E. WOODWORKING CORPORATION and Others, Appellants.— Motion to stay denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALICE BUCHHEIT, Appellant, v. GEORGE P. BUCHHEIT, Respondent.— Motion to withdraw appeal granted, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.